An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Appellant,
vs.
MATTHEW D. CHARNIGA,
Respondent.

No. 61258

**FILED**

APR 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order granting a motion to suppress evidence. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge. Appellant has filed a motion to dismiss this appeal pursuant to a plea agreement with respondent. Appellant acknowledges that it will not be permitted to reinstate this appeal after it has been voluntarily dismissed. Cause appearing, the motion is granted and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Jessie Elizabeth Walsh, District Judge
      Attorney General/Carson City
      Clark County District Attorney
      Law Office of John J. Momot
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10596